UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Loc Nguyen

Case No.: 17-17512
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __July 17, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
715 Hofman Avenue
Trenton, New Jersey
Valued at $91,000.00

Liens on property: Shellpoint Mortgage, $133,400.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 17-17512-MBK
Loc Nguyen                                                           Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Jun 20, 2017
                              Form ID: pdf905              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db             +Loc Nguyen,    59 Hazelhurst Avenue,    Ewing, NJ 08638-3509
516765831      +Cap1/bstby,    P.O. Box 30253,   Salt Lake City, UT 84130-0253
516765832      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516765833      +Citibank / Sears,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516765834      +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516765835      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516765838      +Shellpoint Mortgage Servicing,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,
                 Collingswood, NJ 08108-2812
516765840      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    P.O. Bxo 10826,
                 Greenville, SC 29603-0826
516765837      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
516765847      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2017 22:29:31      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2017 22:29:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516765830       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 20 2017 22:29:41      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516765836      +E-mail/Text: bkdepartment@rtresolutions.com Jun 20 2017 22:29:44      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,   Dallas, TX 75235-1655
516765841      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 22:25:22      Syncb/hh Gregg,    Po Box 965036,
                 Orlando, FL 32896-5036
516765842      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 22:25:39      Syncb/sam Ash Music,
                 Po Box 965064,    Orlando, FL 32896-5064
516765843      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 22:25:22      Synchrony Bank / HH Gregg,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516765844      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 22:25:22      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516765845      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 22:25:39      Synchrony Bank/Sams,
                 Po Box 965060,    Orlando, FL 32896-5060
516765846      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2017 22:25:06      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516765839*     +Shellpoint Mortgage Servicing,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,
                 Collingswood, NJ 08108-2812
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
              Candyce Ilene Smith-Sklar    on behalf of Debtor Loc  Nguyen mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-31, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-31 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 20, 2017
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Karen E. Bezner   Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
        NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                        TOTAL: 5